# SUMMARY OF BENEFITS AND COVERAGE AMENDMENT

**Employer Name:** St. John's Fire District
**Employer Number**: 25-53784-00 and appropriate subgroups
**Effective Date:** 05/01/2013

**Section 2, Employer Responsibilities, in the Master Group Contract is amended by the addition of the following:**

J.  Summary of Benefits and Coverage (SBC):

   The Employer agrees:

   (a) To promptly provide to the Corporation the information necessary to complete the SBC;

   (b) There is an understanding and agreement that the Employer's failure to provide information in a timely manner may substantially delay and/or jeopardize the timely delivery of the SBC;

   (c) To distribute the SBC required under the Patient Protection and Affordable Care Act (PPACA) to Members;

   (d) To ensure that electronic access shall be restricted to a "read-only" or similar basis;

   (e) To replace any hard-copy SBC that is modified by the Corporation;

   (f) That the hard-copy SBC on file with the Corporation shall control in the event of any discrepancy; and

   (g) That the Employer remains solely responsible for the content of the SBC and all other legal requirements related to the SBC. To the extent that the Corporation incurs any liability as a result of the preparation or distribution of the SBCs to Employer's Members, Employer shall fully indemnify the Corporation.


**BLUE CROSS AND BLUE SHIELD
OF SOUTH CAROLINA**
An Independent Licensee of the Blue Cross
and Blue Shield Association

By: _[signature]_
Title:   President
         Blue Cross and Blue Shield Division


THIS IS AN AMENDMENT TO YOUR PRESENT HEALTH CONTRACT.

# MEDICARE SECONDARY PAYER AMENDMENT

**Employer Name:** St. John's Fire District
**Employer Number**: 25-53784-00 and appropriate subgroups
**Effective Date:** 05/01/2013

**Section 2. E., Employer Responsibilities, in the Master Group Contract is deleted in its entirety and the following substituted therefore:**

E.  To provide the Corporation with such information as the Corporation may reasonably request from time to time that the Corporation deems necessary to perform its duties under this Contract. Such information shall include, but is not limited to, Members' social security numbers in order to comply with Medicare secondary payer provisions of federal law.

**BLUE CROSS AND BLUE SHIELD
OF SOUTH CAROLINA**
An Independent Licensee of the Blue Cross
and Blue Shield Association

By: _____
Title:   President
         Blue Cross and Blue Shield Division

THIS IS AN AMENDMENT TO YOUR PRESENT HEALTH CONTRACT.

# PREMIUM AMENDMENT

**Employer Name:** St. John's Fire District
**Employer Number**: 25-53784-00 and appropriate subgroups
**Effective Date:** 05/01/2013

**Section 7, General Provisions, in the Master Group Contract is amended by the addition of the following:**

V.  Premium. At any time, the Corporation may notify the Employer that no Premium is due for coverage for a certain period of time. The decision to waive the Employer's Premium, the length of such period, as well as decisions related thereto is the sole discretion of the Corporation. The Corporation is under no obligation to waive the Employer's Premium and the fact that it may do so does not obligate it to waive Premium in the future.

**BLUE CROSS AND BLUE SHIELD
OF SOUTH CAROLINA**
An Independent Licensee of the Blue Cross
and Blue Shield Association

By: _____
Title:   President
        Blue Cross and Blue Shield Division

THIS IS AN AMENDMENT TO YOUR PRESENT HEALTH CONTRACT.

**PAYMENT INNOVATION AMENDMENT**

**Employer Name:** St. John's Fire District
**Employer Number**: 25-53784-00 and appropriate subgroups
**Effective Date:** 05/01/2013

**Section 7, General Provisions, in the Master Group Contract is amended by the addition of the following:**

W. The Employer acknowledges that the Corporation may have incentive-based agreements with Providers related to compensation for services provided as a part of health care delivery models such as Patient-Centered Medical Homes ("PCMH"), Accountable Care Organizations ("ACO") or Episode-Based Arrangements. Pursuant to such compensation arrangements, the Provider is subject to performance or risk-based compensation, including but not limited to withholds, bonuses, incentive payments, Provider credits and Member management fees. Often the compensation amount is determined after the medical service has been performed. Provider incentives may include payment for services not otherwise covered under the Plan of Benefits.

**BLUE CROSS AND BLUE SHIELD
OF SOUTH CAROLINA**
An Independent Licensee of the Blue Cross
and Blue Shield Association

By: _____
Title: President
       Blue Cross and Blue Shield Division

THIS IS AN AMENDMENT TO YOUR PRESENT HEALTH CONTRACT.

MGCPIALL                                                                                                    01/13

## Schedule A

**Group Number:** 25-53784-03 through 05 and 09 through 10

Premiums shall be as follows:

| Types of Membership | Monthly Premiums |
|---|---|
| Employee/Single | $523.14 |
| Employee/Family | $1,462.94 |
| Employee/Children | $993.12 |
| Employee/Spouse | $1,202.53 |

Premium Rates are effective May 1, 2013.

## Schedule A

**Group Number:** 25-53784-06 through 08 and 11

Premiums shall be as follows:

| Types of Membership | Monthly Premiums |
|---|---|
| Employee/Single | $476.48 |
| Employee/Family | $1,332.73 |
| Employee/Children | $904.49 |
| Employee/Spouse | $1,095.23 |

Premium Rates are effective May 1, 2013.

# EMPLOYER APPLICATION FOR

# PREFERRED BLUE COVERAGE

Application is hereby made for coverage set forth in the attached Plan of Benefits.

Name of the Employer:          St. John's Fire District

Group Number:          25-53784-00 and appropriate subgroups

Address of the Employer:          3327 Maybank Highway
Johns Island, South Carolina 29455-4819

Dated at

**EMPLOYER**

By: _____

Title: _____

# INTRODUCTION

Dear Member:

BlueCross BlueShield of South Carolina (Blue Cross) is pleased to provide your Preferred Blue Plan of Benefits.  BlueCross BlueShield provides you and your covered family members with cost-effective health care coverage both locally and on a nationwide basis.

Please refer to the benefits outlined in this Plan of Benefits for all your health care coverage.

The BlueCross BlueShield networks offer the best geographic access to physicians and hospitals of any Preferred Provider Organization (PPO) in the nation.  This national coverage is available through the BlueCard® Program in which all BlueCross BlueShield Plans participate.  For more provider information visit our Web site at www.SouthCarolinaBlues.com.

We welcome you to our family of health care coverage through BlueCross BlueShield of South Carolina and look forward to meeting your health care needs.

# VISIT OUR WEB SITE

When you visit our Web site at www.SouthCarolinaBlues.com, you will find several very helpful options. For example, you will find:

- Access to a **Provider Directory** that is updated nightly;
- Access to a list of **Network Pharmacies** through Caremark;
- The latest in health care information from our **News** section;
- "**My Insurance Manager$^{SM}$**". "My Insurance Manager" allows a member to view the status of personal claims on line and to check how much has been applied toward individual Benefit Year Deductibles and out-of-pocket expenses. You can check authorization status, access information on other health plans you may have with us, check eligibility requirements and even order ID cards;
- And, if you have questions but cannot find the answers on the Web site, you can use the feature "**Ask Customer Service**" to get a response from a BlueCross BlueShield representative.

# IMPORTANT INFORMATION ABOUT YOUR HEALTH COVERAGE:

The benefits you receive will depend on whether the provider of medical services is a Participating or Non-Participating Provider. You will receive the maximum benefits that can be paid if you use Participating Providers and you get pre-authorization, when required, before getting medical care. The amount you have to pay for services and supplies will increase when you do not use Participating Providers and may further increase if you do not get Pre-Authorization.

BlueCross BlueShield of South Carolina makes every effort to contract with physicians that practice at Participating Hospitals. For various reasons, some physicians may elect not to contract as Participating Providers. Non-Participating Providers will be paid at the Non-Participating Provider level of benefits with no protection from balance billing from the provider.

# HOW TO GET HELP

How to get help with claims or benefit questions:

- From Columbia, South Carolina; dial 264-0015
- From anywhere else in or out of South Carolina, dial 1-800-760-9290

How to get help on Pre-Authorization:

For MRIs, MRAs, CT Scans, or PET Scans in an Outpatient Facility:

- 1-866-500-7664.

For all other medical care:

- 736-5990 from the Columbia, South Carolina area.
- 1-800-327-3238 from all other South Carolina locations.
- 1-800-334-7287 from outside South Carolina.

Please do not call these numbers for claims inquiries.

Please note that Pre-Authorization is required for the procedures on the Schedule of Benefits that have a "Pre-Authorization" note.

Pre-Authorization for Mental Health Services, Mental Health Conditions and Substance Abuse Services:

Behavioral Health:

- 699-7308 from the Columbia, South Carolina area.
- 1-800-868-1032 from all other areas.

How to get information on Drug coverage:

Drug Coverage is handled by Caremark.

For inquiries regarding the Prescription Drug Benefit please call:

- 1-888-963-7290

For inquiries regarding Specialty Drugs please call CuraScript:
- 1-877-512-5981

For inquiries regarding the status of prior authorization on Specialty Drugs dispensed by CuraScript, please call:
- 1-877-512-5981

You can also access Caremark or CuraScript from our website, **www.SouthCarolinaBlues.com**

For information regarding Prescription Drug Pre-Authorization, QVT Limits or Step Therapy Programs, contact your Human Resources department.

Essential Advocate Questions:
The Corporation provides you and your Dependents with access to 24-Hour Nurse Advisor and Advocacy, a program that includes immediate care with the 24-hour Nurse Advisor plus the unique service of our health advocacy program tailored to bridge the gap between care and Benefits, Provider and patient, and Hospital and home. Members will experience personal support and receive individualized assistance provided by experienced healthcare and Benefit experts. The health advocates assist Members:

- Locating Providers through the BlueCross Doctor & Hospital Finder
- Educating Members on health plan Benefits and how they work
- Researching current treatments
- Resolution of health care claims
- Preparing Members and family members for medical appointments
- Assisting with eldercare issues
- Arranging transportation relating to medical needs
- Navigating the BlueCross website including cost estimator and quality tools
- And much more

Call 1-888-521-2583 to speak with a registered nurse or health advocate.

Health Management Questions:
The Corporation will provide you with access to **Health Management**, a Disease Management Program for Members with any of the following diseases:
- Asthma
- COPD (Chronic Obstructive Pulmonary Disease or chronic lung problems)
- Diabetes
- Heart Failure
- Coronary Artery Disease
- Hypertension (High Blood Pressure)
- Hyperlipidemia (High Cholesterol)
- Migraine

The purpose of this program is to help the Employees understand their risk factors and treatment options, explore healthy lifestyle choices, set and reach realistic health goals and learn to successfully self manage their condition. Members enrolled in this program receive access to a personal health coach, educational resources, and Web tools that help them learn more about their health and how they can better self-manage their condition. Members identified as having any of the above conditions will automatically be enrolled in *Health Management*. Members that **do not** want to participate can opt out. For more information on this program call 1-855-838-5897 option 2.