| OTHER SERVICES | | |
|---|---|---|
| | **Participating Provider** | **Non-Participating Provider** |
| Ambulance service (including air ambulance) | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 70% of the Allowable Charge after the Participating Provider Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| Durable Medical Equipment, Prosthetics* and Orthopedic Devices (if purchase or rental of Durable Medical Equipment is $500 or more, Pre-Authorization is required)<br><br>*Prosthetics are covered up to a Maximum Payment of $50,000 per Member per Benefit Year. | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | Non-Covered |
| Medical Supplies | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| Home Health Care, including private duty nursing services, limited to 60 visits per Benefit Period (Pre-Authorization is required) | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| Hospice Care, limited to 6 months per episode (Pre-Authorization is required) | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |

| | Participating Provider | Non-Participating Provider |
|---|---|---|
| Colorectal Cancer Screenings limited to:<br>• One (1) fecal occult blood testing of three (3) consecutive stool samples per Benefit Year<br>• One (1) flexible sigmoidoscopy every five years<br>• One (1) double contrast barium enema every five years | Covered | Covered |
| Colonoscopy (Diagnostic and Preventive) | The Corporation pays 100% of the Allowable Charge | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| Colonoscopy (services related to the colonoscopy) | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| Behavioral Therapy (ABA) related to Autism Spectrum Disorder limited to:<br>• Members diagnosed at age eight (8) or younger<br>• Members under the age of sixteen (16)<br>• $52,100 per Benefit Year<br><br>Pre-Authorization is required. | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | Non-Covered |
| Radiation therapy<br><br>Cancer chemotherapy<br><br>Respiratory therapy<br><br>Pre-authorization is required | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |

| | Participating Provider | Non-Participating Provider |
|---|---|---|
| Provider Charges for physical therapy and occupational therapy (Limited to a combined 30 visits per Member per Benefit Year. Please see the "Outpatient Rehabilitation" section in Article III of the Plan of Benefits for further limitations) | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| Speech therapy (Limited to 20 visits per Member per Benefit Year. Please see the "Outpatient Rehabilitation" section in Article III of the Plan of Benefits for limitations) | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| Human organ and tissue transplant services (excluding drugs)<br><br>Human organ and tissue transplant services are only covered if provided at a Blue Distinction Center of Excellence or a transplant center approved by the Corporation in writing<br><br>Physician Charges are subject to the Benefit Year Deductible. | The Corporation pays 70% of the Allowable Charge<br><br>The Member pays the remaining 30% of the Allowable Charge | Non-Covered |
| Allergy Injections | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| Acupuncture | Non-Covered | Non-Covered |
| Cosmetic Services | Non-Covered | Non-Covered |
| Disease Management Program | Covered | Non-Covered |

| | Participating Provider | Non-Participating Provider |
|---|---|---|
| Chiropractic Services, including related x-rays, modalities and office visits, limited to a $1,000 maximum payment per Member per Benefit Year | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| Health Questions Hotline | Covered | Non-Covered |
| Hearing Aids | Non-Covered | Non-Covered |
| Oxygen (Pre-authorization is required) | Covered | Covered |
| Impacted tooth removal | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| Infertility treatment | Non-Covered | Non-Covered |
| Impotence treatment | Non-Covered | Non-Covered |
| Online Health Assessment Program | Covered | Non-Covered |
| Massage Therapy | Non-Covered | Non-Covered |
| Maternity Management Program | Covered | Non-Covered |
| Tobacco Cessation Program | Non-Covered | Non-Covered |
| Temporomandibular Joint Disorder (TMJ) including treatment | Non-Covered | Non-Covered |
| Orthognathic surgery | Non-Covered | Non-Covered |
| Weight Control Program | Non-Covered | Non-Covered |

| | Participating Provider | Non-Participating Provider |
|---|---|---|
| | | |
| Sustained Health services related to an annual physical exam (limited to $300 per Member per Benefit Year)<br><br>This benefit does not include Preventive Benefits offered under PPACA.  See the Preventive Benefits section in this Schedule of Benefits for payment of Preventive Benefits under PPACA. | The Corporation pays 100% of the Allowable Charge after the Member pays the $30 Copayment | Non-Covered |
| | | |

| PREVENTIVE BENEFITS<br>The Benefit Year Deductible does not apply to these Benefits | | |
|---|---|---|
| | **Participating Provider** | **Non-Participating Provider** |
| | | |
| Preventive Benefits under PPACA (Refer to www.healthcare.gov for guidelines) | Covered | Non-Covered |
| | | |
| Pap smear screenings (the report and interpretation only, limited to one (1) per Benefit Year) | The Corporation pays 100% of Allowable Charge | Non-Covered |
| | | |
| Prostate screenings (limited to one (1) per Benefit Year) | The Corporation pays 100% of Allowable Charge | Non-Covered |
| | | |
| **In South Carolina:** | | |
| | | |
| | **SC Mammography Network** | **All Other Providers** |
| | | |
| Mammography screenings (limited to one (1) per Benefit Year for any female Member age 40 or older) | The Corporation pays 100% of Allowable Charge | Non-Covered |
| | | |
| **Outside South Carolina:** | | |
| | | |
| | **Out-of-State Participating Providers** | **All Other Providers** |
| | | |
| Mammography screenings (limited to one (1) per Benefit Year for any female Member age 40 or older) | The Corporation pays 100% of Allowable Charge | Non-Covered |
| | | |

| PRESCRIPTION DRUG BENEFIT | | | |
|---|---|---|---|
| **Prescription Drugs** | **Mail Service Pharmacy** | **Participating Pharmacy** | **All Other Pharmacies** |
| | | | |
| Generic Drugs | $30 Copayment per Member for each Prescription or refill, up to a 90-day supply | $15 Copayment per Member for each Prescription or refill, for each monthly supply, up to a 90-day supply | Non-Covered |
| | | | |
| Preferred Brand Drug | $80 Copayment per Member for each Prescription or refill, up to a 90-day supply | $35 Copayment per Member for each Prescription or refill, up to a 31-day supply | Non-Covered |
| | | | |
| Non-Preferred Brand Drug | $140 Copayment per Member for each Prescription or refill, up to a 90-day supply | $60 Copayment per Member for each Prescription or refill, up to a 31-day supply | Non-Covered |
| | | | |
| Prescription Drugs used for tobacco cessation | Non-Covered | Non-Covered | Non-Covered |
| | | | |
| Prescription Drug Deductible | $0 (No Prescription Drug Deductible) | $0 (No Prescription Drug Deductible) | Non-Covered |
| | | | |
| Prescription Drug Out-of-Pocket | $0 (No Prescription Drug Out-of-Pocket) | $0 (No Prescription Drug Out-of-Pocket) | $0 (No Prescription Drug Out-of-Pocket) |
| | | | |
| Maximum Prescription Drug Benefit | $0 (No Maximum Prescription Drug Benefit) | $0 (No Maximum Prescription Drug Benefit) | Non-Covered |
| | | | |
| Prescription Drugs used for obesity/weight control | Non-Covered | Non-Covered | Non-Covered |
| | | | |
| Diabetic syringes and supplies | Covered | Covered | Non-Covered |
| | | | |

| Prescription Drugs | Mail Service Pharmacy | Participating Pharmacy | All Other Pharmacies |
|---|---|---|---|
| | | | |
| *Contraceptives: Generic oral contraceptives, generic injections, Mirena IUD, Nexplanon implant, Ortho Evra patch, Nuvaring, Ortho Flex, Ortho Coil, Ortho Flat, Wide-seal, Omniflex, Prentif and Femcap-vaginal | Prescription Drugs will be covered at 100%, up to a 90-day supply | Prescription Drugs will be covered at 100%, up to a 31 day-supply | The Member will be responsible for 100% of the Allowable Charge at the pharmacy, then will be reimbursed at 100%, up to a 31-day supply |
| | | | |
| **All Other Contraceptives (Prescription Drugs) | Covered | Covered | Non-Covered |
| | | | |

*Contraceptives listed above are covered under the participating medical benefits at the same payment levels. Refill quantities for the contraceptives listed above may vary.
**All other contraceptives are paid at the Generic, Preferred Brand and Non-Preferred Brand Drug payment levels.

| SPECIALTY DRUG BENEFIT | | |
|---|---|---|
| | **Participating Pharmacy** | **All Other Pharmacies** |
| | | |
| Specialty Drugs | $100 Copayment per Member for each prescription or refill, up to a 31-day supply | Non-Covered |
| | | |

## VISION SCHEDULE OF BENEFITS
### (Healthy Vision)

| Vision Care Services | Participating Providers | Non-Participating Providers Allowance |
|---|---|---|
| | | |
| **Exam with Dilation as Necessary** | $15 Copayment | $35 |
| | | |
| **Eye Examination Options:** | | |
| Standard Contact Lens Fit and Follow-up* | Up to $55 | Non-Covered |
| Premium Contact Lens Fit and Follow-up** | 10% off retail price | Non-Covered |
| | | |
| **Frames** (Any available frame at provider location) | $110 allowance, 20% off balance over $110 | $55 |
| | | |
| **Standard Plastic Lenses:** | | |
| Single Vision | $0 Copayment | $25 |
| Bifocal | $0 Copayment | $40 |
| Trifocal | $0 Copayment | $55 |
| | | |
| **Lens Options:** | | |
| UV Coating | $15 | Non-Covered |
| Tint (Solid and Gradient) | $15 | Non-Covered |
| Standard Scratch-Resistance | $15 | Non-Covered |
| Standard Polycarbonate | $40 | Non-Covered |
| Standard Anti-Reflective Coating | $45 | Non-Covered |
| Standard Progressive (Add-on to Bifocal) | $65 | Non-Covered |
| Other Add-Ons and Services | 20% off retail price | Non-Covered |
| | | |

\*     **Standard Contact Lens Fitting - spherical clear contact lenses in conventional wear and planned replacement (Examples include but not limited to disposable, frequent replacement, etc.)**

\*\*    **Premium Contact Lens Fitting - all lens designs, materials and speciality fittings other than Standard Contact Lenses (Examples include toric, multifocal, etc.)**

| Vision Care Services | Participating Providers | Non-Participating Providers Allowance |
|---|---|---|
|  |  |  |
| **Contact Lenses:** |  |  |
| Conventional | $0 Copayment, $110 allowance, 15% off balance over $110 | $88 |
| Disposable | $0 Copayment, $110 allowance, plus balance over $110 | $88 |
| Medically Necessary | $0 Copayment, Paid-in-Full | $200 |
|  |  |  |
| **Frequency:** |  |  |
| Examination | Once every 12 months | |
| Frame | Once every 24 months | |
| Lenses or Contact Lenses | Once every 24 months | |

**Additional Discounts:**
- Member will receive a 20% discount on items not covered by the plan at Participating Providers, which may not be combined with any other discounts or promotional offers, and the discount does not apply to EyeMed Provider's professional services, or contact lenses. Retail prices may vary by location.
- Discounts do not apply for benefits provided by other group benefit plans. Allowances are one-time use benefits; no remaining balance.
- Lost or broken materials are not covered.
- Members also receive a 40% discount off complete pair eyeglass purchases and a 15% discount off conventional contact lenses once the funded benefit has been used.
- Members also receive 15% off retail price or 5% off promotional price for Lasik or PRK from the US Laser Network, owned and operated by LCA vision. Since Lasik or PRK vision correction is an elective procedure, performed by specially trained providers, this discount may not always be available from a provider in your immediate location. For a location near you and the discount authorization please call 1-877-5LASER6.
- After initial purchase, replacement contact lenses may be obtained via the Internet at substantial savings and mailed directly to the member. Details are available at www.eyemedvisioncare.com. The contact lens benefit allowance is not applicable to this service.

**Plan Limitations/ Exclusions:**
- Orthoptic or vision training, subnormal vision aids, and any associated supplemental testing,
- Plano non-prescription lenses and non-prescription sunglasses (except for 20% discount),
- Medical and/or surgical treatment of the eye, eyes, or supporting structures,
- Services or materials provided by any other group benefit providing for vision care,
- Services provided as a result of any Workers' Compensation law,
- Two pairs of glasses in lieu of bifocals,
- Aniseikonic lenses,
- Corrective eyewear required by an employer as a condition of employment, and safety eyewear unless specifically covered under the plan,
- Benefit is not available on certain frame brands in which the manufacturer imposes a no discount policy.