| PHYSICIAN SERVICES OTHER THAN MENTAL HEALTH SERVICES, MENTAL HEALTH CONDITIONS AND SUBSTANCE ABUSE SERVICES | | |
|---|---|---|
| | **Participating Provider** | **Non-Participating Provider** |
| | | |
| Physician Services in a Hospital | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Surgical Services, when rendered in a Hospital, Ambulatory Surgical Center or Physician's office | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Outpatient Physician services for lab, x-ray and other diagnostic services | The Corporation pays 100% of the Allowable Charge | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Physician Services for treatment in a Hospital outpatient department or Ambulatory Surgical Center | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Physician Services in the Member's home | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |

| | **Participating Provider** | **Non-Participating Provider** |
|---|---|---|
| | | |
| Services in the Physician's office including Contraceptives and Contraceptive Devices (other than Surgical Services, Maternity Care, physical therapy, dialysis treatment and second surgical opinion) | The Corporation pays 100% of the Allowable Charge after the Member pays a $20 Copayment<br><br>Office services by a Specialist will be paid at 100% of the Allowable Charge after a $35 Copayment. | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Second surgical opinion | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| All other Physician Services | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |

**MENTAL HEALTH SERVICES, MENTAL HEALTH CONDITIONS AND SUBSTANCE ABUSE SERVICES**

**Pre-authorization is required for Mental Health Services, Mental Health Conditions and Substance Abuse Services. If Pre-Authorization is not obtained or approved by the Corporation, the following penalties will apply.**

**Inpatient: Denial of room and board**
**Outpatient: 50% of the Allowable Charge**
**Office: 50% of the Allowable Charge**

| | **Participating Provider** | **Non-Participating Provider** |
|---|---|---|
| | | |
| Inpatient Hospital charges for Mental Health Services, Mental Health Conditions and Substance Abuse Services | The Corporation pays 70% of the Allowable Charge after the Copayment<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Copayment | The Corporation pays 50% of the Allowable Charge<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Outpatient Hospital or clinic charges for Mental Health Services, Mental Health Conditions and Substance Abuse Services | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Inpatient Physician charges for Mental Health Services, Mental Health Conditions and Substance Abuse Services | The Corporation pays 70% of the Allowable Charge<br><br>The Member pays the remaining 30% of the Allowable Charge | The Corporation pays 50% of the Allowable Charge<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Outpatient Physician charges for Mental Health Services, Mental Health Conditions and Substance Abuse Services | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |

| | Participating Provider | Non-Participating Provider |
|---|---|---|
| | | |
| Office Physician charges for Mental Health Services, Mental Health Conditions and Substance Abuse Services | The Corporation pays 100% of the Allowable Charge after the Member pays a $20 Copayment | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Outpatient Hospital charges for Emergency Room Services for Mental Health Services, Mental Health Conditions and Substance Abuse Services | The Corporation pays 70% of the Allowable Charge and after the Member pays a $50 Copayment<br><br>The Member pays the remaining 30% of the Allowable Charge and Copayment | The Corporation pays 70% of the Allowable Charge and after the Member pays a $50 Copayment<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Outpatient Physician charges for Emergency Room Services for Mental Health Services, Mental Health Conditions and Substance Abuse Services | The Corporation pays 70% of the Allowable Charge<br><br>The Member pays the remaining 30% of the Allowable Charge | The Corporation pays 70% of the Allowable Charge<br><br>The Member must pay the balance of the Provider's charge |
| | | |

| OTHER SERVICES | | |
|---|---|---|
| | **Participating Provider** | **Non-Participating Provider** |
| | | |
| Ambulance service (including air ambulance) | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 70% of the Allowable Charge after the Participating Provider Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Durable Medical Equipment, Prosthetics* and Orthopedic Devices (if purchase or rental of Durable Medical Equipment is $500 or more, Pre-Authorization is required)<br><br>*Prosthetics are covered up to a Maximum Payment of $50,000 per Member per Benefit Year. | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | Non-Covered |
| | | |
| Medical Supplies | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Home Health Care, including private duty nursing services, limited to 60 visits per Benefit Period (Pre-Authorization is required) | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Hospice Care, limited to 6 months per episode (Pre-Authorization is required) | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |

| | Participating Provider | Non-Participating Provider |
|---|---|---|
| | | |
| Colorectal Cancer Screenings limited to:<br>• One (1) fecal occult blood testing of three (3) consecutive stool samples per Benefit Year<br>• One (1) flexible sigmoidoscopy every five years<br>• One (1) double contrast barium enema every five years | Covered | Covered |
| | | |
| Colonoscopy (Diagnostic and Preventive) | The Corporation pays 100% of the Allowable Charge | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Colonoscopy (services related to the colonoscopy) | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Behavioral Therapy (ABA) related to Autism Spectrum Disorder limited to:<br>• Members diagnosed at age eight (8) or younger<br>• Members under the age of sixteen (16)<br>• $52,100 per Benefit Year<br><br>Pre-Authorization is required. | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | Non-Covered |
| | | |
| Radiation therapy<br><br>Cancer chemotherapy<br><br>Respiratory therapy<br><br>Pre-authorization is required | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |

| | Participating Provider | Non-Participating Provider |
|---|---|---|
| | | |
| Provider Charges for physical therapy and occupational therapy (Limited to a combined 30 visits per Member per Benefit Year. Please see the "Outpatient Rehabilitation" section in Article III of the Plan of Benefits for further limitations) | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Speech therapy (Limited to 20 visits per Member per Benefit Year. Please see the "Outpatient Rehabilitation" section in Article III of the Plan of Benefits for limitations) | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Human organ and tissue transplant services (excluding drugs)<br><br>Human organ and tissue transplant services are only covered if provided at a Blue Distinction Center of Excellence or a transplant center approved by the Corporation in writing<br><br>Physician Charges are subject to the Benefit Year Deductible. | The Corporation pays 70% of the Allowable Charge<br><br>The Member pays the remaining 30% of the Allowable Charge | Non-Covered |
| | | |
| Allergy Injections | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Acupuncture | Non-Covered | Non-Covered |
| | | |
| Cosmetic Services | Non-Covered | Non-Covered |
| | | |
| Disease Management Program | Covered | Non-Covered |
| | | |

| | Participating Provider | Non-Participating Provider |
|---|---|---|
| | | |
| Chiropractic Services, including related x-rays, modalities and office visits, limited to a $1,000 maximum payment per Member per Benefit Year | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Health Questions Hotline | Covered | Non-Covered |
| | | |
| Hearing Aids | Non-Covered | Non-Covered |
| | | |
| Oxygen (Pre-authorization is required) | Covered | Covered |
| | | |
| | | |
| Impacted tooth removal | The Corporation pays 70% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member pays the remaining 30% of the Allowable Charge after meeting the Member's Benefit Year Deductible | The Corporation pays 50% of the Allowable Charge after the Benefit Year Deductible<br><br>The Member must pay the balance of the Provider's charge |
| | | |
| Infertility treatment | Non-Covered | Non-Covered |
| | | |
| Impotence treatment | Non-Covered | Non-Covered |
| | | |
| Online Health Assessment Program | Covered | Non-Covered |
| | | |
| Massage Therapy | Non-Covered | Non-Covered |
| | | |
| Maternity Management Program | Covered | Non-Covered |
| | | |
| Smoking Cessation Program | Non-Covered | Non-Covered |
| | | |
| Temporomandibular Joint Disorder (TMJ) including treatment | Non-Covered | Non-Covered |
| | | |
| Orthognathic surgery | Non-Covered | Non-Covered |
| | | |
| Weight Control Program | Non-Covered | Non-Covered |
| | | |

| | **Participating Provider** | **Non-Participating Provider** |
|---|---|---|
| | | |
| Sustained Health services related to an annual physical exam (limited to $300 per Member per Benefit Year)<br><br>This benefit does not include Preventive Benefits offered under PPACA. See the Preventive Benefits section in this Schedule of Benefits for payment of Preventive Benefits under PPACA. | The Corporation pays 100% of the Allowable Charge after the Member pays the $20 Copayment | Non-Covered |
| | | |

**PREVENTIVE BENEFITS**
**The Benefit Year Deductible does not apply to these Benefits**

| | **Participating Provider** | **Non-Participating Provider** |
|---|---|---|
| | | |
| Preventive Benefits under PPACA (Refer to www.healthcare.gov for guidelines) | Covered | Non-Covered |
| | | |
| Pap smear screenings (the report and interpretation only, limited to one (1) per Benefit Year) | The Corporation pays 100% of Allowable Charge | Non-Covered |
| | | |
| Prostate screenings (limited to one (1) per Benefit Year) | The Corporation pays 100% of Allowable Charge | Non-Covered |
| | | |
| **In South Carolina:** | | |
| | | |
| | **SC Mammography Network** | **All Other Providers** |
| | | |
| Mammography screenings (limited to one (1) per Benefit Year for any female Member age 40 or older) | The Corporation pays 100% of Allowable Charge | Non-Covered |
| | | |
| **Outside South Carolina:** | | |
| | | |
| | **Out-of-State Participating Providers** | **All Other Providers** |
| | | |
| Mammography screenings (limited to one (1) per Benefit Year for any female Member age 40 or older) | The Corporation pays 100% of Allowable Charge | Non-Covered |
| | | |

| PRESCRIPTION DRUG BENEFIT | | | |
|---|---|---|---|
| **Prescription Drugs** | **Mail Service Pharmacy** | **Participating Pharmacy** | **All Other Pharmacies** |
| | | | |
| Generic Drugs | $20 Copayment per Member for each Prescription or refill, up to a 90-day supply | $10 Copayment per Member for each Prescription or refill, for each monthly supply, up to a 90-day supply | Non-Covered |
| | | | |
| Preferred Brand Drug | $80 Copayment per Member for each Prescription or refill, up to a 90-day supply | $35 Copayment per Member for each Prescription or refill, up to a 31-day supply | Non-Covered |
| | | | |
| Non-Preferred Brand Drug | $140 Copayment per Member for each Prescription or refill, up to a 90-day supply | $55 Copayment per Member for each Prescription or refill, up to a 31-day supply | Non-Covered |
| | | | |
| Prescription Drugs used for tobacco cessation | Non-Covered | Non-Covered | Non-Covered |
| | | | |
| Prescription Drug Deductible | $0 (No Prescription Drug Deductible) | $0 (No Prescription Drug Deductible) | Non-Covered |
| | | | |
| Prescription Drug Out-of-Pocket | $0 (No Prescription Drug Out-of-Pocket) | $0 (No Prescription Drug Out-of-Pocket) | $0 (No Prescription Drug Out-of-Pocket) |
| | | | |
| Maximum Prescription Drug Benefit | $0 (No Maximum Prescription Drug Benefit) | $0 (No Maximum Prescription Drug Benefit) | Non-Covered |
| | | | |
| Prescription Drugs used for obesity/weight control | Non-Covered | Non-Covered | Non-Covered |
| | | | |
| Diabetic syringes and supplies | Covered | Covered | Non-Covered |
| | | | |